CHARLOTTE A. BALDWIN, Appellant, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

(Argued May 8, 1890; decided June 3, 1890.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made

October 25, 1888, which affirmed a judgment in favor of defendant entered upon a decision of the court on trial without a jury.

*Samuel H. Randall* for appellant.

*Henry H. Anderson* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.